No. 1014, Misc. HUNT *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 514, Misc. RICHARDSON *v.* SOKOL, COMMISSIONER, BUREAU OF ACCOUNTS, FISCAL SERVICE, U. S. TREASURY DEPARTMENT. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Griswold* for respondent.

No. 1042, October Term, 1968. GOULD ET UX. *v.* AMERICAN WATER WORKS SERVICE CO., INC., ET AL., 394 U. S. 943, 1025; and

No. 1355, October Term, 1968. BLUMCRAFT OF PITTS-BURGH *v.* CITIZENS & SOUTHERN NATIONAL BANK OF SOUTH CAROLINA ET AL., 395 U. S. 961, and *ante,* p. 870. Motions for leave to file second petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these motions.

No. 177. ROSENBERG ET AL. *v.* MINICHIELLO, EXECU-TRIX, ET AL., *ante,* p. 844;

No. 191. RISTUCCIA ET UX. *v.* ADAMS ET AL., *ante,* p. 1;

No. 199. WHEELER *v.* VERMONT, *ante,* p. 4;

No. 263. CRUMLEY *v.* ALABAMA, *ante,* p. 831;

No. 264. MILLER ET UX. *v.* CAMP, COMPTROLLER OF THE CURRENCY, *ante,* p. 832;

No. 312. MEYERS *v.* UNITED STATES, *ante,* p. 835;

No. 348. WASHINGTON *v.* GOLDEN STATE MUTUAL LIFE INSURANCE CO., *ante,* p. 839;

No. 364. CAMPBELL *v.* GOOCH ET AL., *ante,* p. 840; and

No. 83, Misc. HAYWOOD *v.* UNITED STATES, *ante,* p. 852. Petitions for rehearing denied.